Gilbert YOUNG

v.

Jake WEBB.

Court of Appeals of Kentucky.

Sept. 16, 1955.

Ed H. King, Wheeler & Wheeler, M. O. Wheeler, Paintsville, for appellant.

W. A. Johnson, Paintsville, for appellee.

PER CURIAM.

The judgment of the lower court awarded $1,000 to the appellee for false arrest and imprisonment by the appellant. We are affirming the judgment because the record discloses sufficient evidence to support the verdict.

The motion for an appeal is overruled, and the judgment is affirmed.